1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MARK L. KROTOSKI (CSBN 138549)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5035
7     Facsmile:   (408) 535-5066

8  Attorneys for Plaintiff

9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                 SAN JOSE DIVISION
12
                                                          *E-FILED - 3/9/06*
13
   UNITED STATES OF AMERICA,           )    No. CR 06-00054-RMW
14                                      )
        Plaintiff,                      )
15                                      )    STIPULATION REGARDING
     v.                                 )    EXCLUDABLE TIME AND
16                                      )    ORDER
   DONOVAN KARGENIAN,                   )
17     a/k/a duffs,                     )
       a/k/a bane,                      )
18     a/k/a pist,                      )
                                        )
19      Defendant.                      )
                                        )
20

21     It is hereby stipulated and agreed between defendant Donovan Kargenian, and his counsel

22  Vicki Young, and the United States as follows:

23     This matter was set for a status conference on March 13, 2006 at 9:00 a.m. In this copyright

24  infringement case, the defense needs more time to prepare, review discovery previously

25  provided, including a substantial amount of digital evidence, and research legal and sentencing

26  issues. The parties have been discussing plea and sentencing issues. The defendant was only

27  recently arraigned on this case on February 22, 2006. It is reasonable for the defense to have

28  additional time to review the discovery, which includes some digital evidence.

STIPULATION REGARDING EXCLUDABLE TIME AND  ORDER
CR 06-00054-RMW

1  The parties stipulate and move the Court to exclude time under the Speedy Trial Act from the
2  March 13, 2006, until April 3, 2006, because the parties believe that the ends of justice served by
3  the granting of such a continuance outweigh the best interests of the public and the defendant in a
4  speedy trial, particularly since reasonable time is needed for the defense to prepare for pretrial
5  and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii).  The parties further
6  stipulate that time may be excluded for reasonable time for defense
7  preparation, since the failure to exclude time would deny counsel for the defendant reasonable
8  time necessary for effective preparation, taking into account the exercise of due diligence,
9  pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).
10  So stipulated.
11  Dated: March 6, 2006

KEVIN V. RYAN
United States Attorney

/S/
_____
MARK L. KROTOSKI
Assistant United States Attorney

15  So stipulated.
16  Dated: March 6, 2006

/S/
_____
VICKI H. YOUNG
Attorney for Defendant KARGENIAN

**1**                                          **ORDER**

**2**    Based upon the foregoing Stipulation and good cause appearing therefor,

**3**    **IT IS HEREBY ORDERED** that the status conference set for March 13, 2006 at 9:00 a.m.

**4** for defendant Kargenian shall be continued to April 3, 2006 at 9:00 a.m.

**5**    **IT IS FURTHER ORDERED** that the time between March 13, 2006, until April 3, 2006

**6** shall be excluded from the computation period within which the trial must commence, for the

**7** reasons and based upon the statutory provisions set forth by the parties in this Stipulation,

**8** including that time is needed for effective defense preparation..  The Court finds that the ends of

**9** justice outweigh the interests of the public and the parties in a speedier trial under 18 U.S.C. §§

**10** 3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time necessary for

**11** effective preparation taking into account the exercise of due diligence).

**12** DATED: March _9_, 2006

**13**                                          /S/ RONALD M. WHYTE
                                            RONALD M. WHYTE

**14**                                          United States District Judge

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**