KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MARK L. KROTOSKI (CSBN 138549)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   Facsmile:   (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 3/9/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONOVAN KARGENIAN, ) <br>    a/k/a duffs, ) <br>    a/k/a bane, ) <br>    a/k/a pist, ) <br> ) <br>    Defendant. ) <br> ) | No. CR 06-00054-RMW <br><br> STIPULATION REGARDING EXCLUDABLE TIME AND ORDER |

It is hereby stipulated and agreed between defendant Donovan Kargenian, and his counsel Vicki Young, and the United States as follows:

This matter was set for a status conference on March 13, 2006 at 9:00 a.m. In this copyright infringement case, the defense needs more time to prepare, review discovery previously provided, including a substantial amount of digital evidence, and research legal and sentencing issues. The parties have been discussing plea and sentencing issues. The defendant was only recently arraigned on this case on February 22, 2006. It is reasonable for the defense to have additional time to review the discovery, which includes some digital evidence.

STIPULATION REGARDING EXCLUDABLE TIME AND ORDER
CR 06-00054-RMW

1  The parties stipulate and move the Court to exclude time under the Speedy Trial Act from the
2  March 13, 2006, until April 3, 2006, because the parties believe that the ends of justice served by
3  the granting of such a continuance outweigh the best interests of the public and the defendant in a
4  speedy trial, particularly since reasonable time is needed for the defense to prepare for pretrial
5  and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii).  The parties further
6  stipulate that time may be excluded for reasonable time for defense
7  preparation, since the failure to exclude time would deny counsel for the defendant reasonable
8  time necessary for effective preparation, taking into account the exercise of due diligence,
9  pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).
10     So stipulated.
11  Dated: March 6, 2006                                            KEVIN V. RYAN
                                                                     United States Attorney
12
                                                                            /S/
13                                                                  _____
                                                                     MARK L. KROTOSKI
14                                                                  Assistant United States Attorney
15     So stipulated.
16  Dated: March 6, 2006
                                                                            /S/
17                                                                  _____
                                                                     VICKI H. YOUNG
18                                                                  Attorney for Defendant KARGENIAN
19
20
21
22
23
24
25
26
27
28

# ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the status conference set for March 13, 2006 at 9:00 a.m. for defendant Kargenian shall be continued to April 3, 2006 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the time between March 13, 2006, until April 3, 2006 shall be excluded from the computation period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in this Stipulation, including that time is needed for effective defense preparation.. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial under 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time necessary for effective preparation taking into account the exercise of due diligence).

DATED: March _9_, 2006

                             /S/ RONALD M. WHYTE
                             RONALD M. WHYTE
                             United States District Judge