1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 202
   Palo Alto, California 94301
3  Telephone (415) 421-4347

4  Counsel for Defendant Donovan Kargenian

5

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9
                                              *E-FILED - 8/2/06*
10
    UNITED STATES OF AMERICA,        )    No. CR 06-00054 RMW
11                                   )
            Plaintiff,                )    STIPULATION TO CONTINUE
12                                   )    SENTENCING DATE;
            vs.                       )    ORDER
13                                   )
    DONOVAN KARGENIAN,               )
14                                   )
            Defendant.                )
15  _____ )

16
        It is hereby stipulated between the United States of America, by and through Assistant
17
    United States Attorney Mark Krotoski, and defendant Donovan Kargenian, by and through his
18
    defense counsel, Vicki H. Young, that the sentencing date of July 31, 2006 be continued to October
19
    10, 2006, at 9:00 a.m.
20
        This continuance is necessary because the defense counsel needs additional time to prepare
21
    objections to the draft presentence report and to prepare sentencing memorandum.
22
        Probation Officer Lynne Richards has been advised of this continuance and has no objection.
23

24

25

26

    STIP AND  ORDER
                                          - 1 -

1     It is so stipulated.

2

3 Dated: July 15, 2006                             Respectfully submitted,

4

5

6                                                /s/   Vicki H. Young
                                               VICKI H. YOUNG
7                                                Attorney for Donovan Kargenian

8 Dated: July 15, 2006                             KEVIN V. RYAN
                                               United States Attorney

9

10

11                                                /s/   Mark Krotoski
                                               MARK KROTOSKI
12                                                Assistant United States Attorney

13

14

15

16                                       **[] ORDER**

17

18     GOOD CAUSE BEING SHOWN, the sentencing date of July 31, 2006, at 9:00 a.m. is

19 continued to October 10, 2006, at 9:00 a.m.

20     IT IS SO ORDERED.

21 DATED:  8/2/06                                 /S/ RONALD M. WHYTE
                                               RONALD M. WHYTE
22                                                United States District Judge

23 .

24

25

26

STIP AND  ORDER