VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 202
Palo Alto, California 94301
Telephone (415) 421-4347

Counsel for Defendant Donovan Kargenian

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 8/2/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00054 RMW |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE; |
| vs. | ORDER |
| DONOVAN KARGENIAN, | |
| Defendant. | |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorney Mark Krotoski, and defendant Donovan Kargenian, by and through his defense counsel, Vicki H. Young, that the sentencing date of July 31, 2006 be continued to October 10, 2006, at 9:00 a.m.

This continuance is necessary because the defense counsel needs additional time to prepare objections to the draft presentence report and to prepare sentencing memorandum.

Probation Officer Lynne Richards has been advised of this continuance and has no objection.

STIP AND ORDER

- 1 -

It is so stipulated.

Dated: July 15, 2006                                  Respectfully submitted,


   /s/   Vicki H. Young
VICKI H. YOUNG
Attorney for Donovan Kargenian

Dated: July 15, 2006                                  KEVIN V. RYAN
United States Attorney


   /s/   Mark Krotoski
MARK KROTOSKI
Assistant United States Attorney

## [] ORDER

GOOD CAUSE BEING SHOWN, the sentencing date of July 31, 2006, at 9:00 a.m. is continued to October 10, 2006, at 9:00 a.m.

IT IS SO ORDERED.

DATED:  8/2/06                                  /S/ RONALD M. WHYTE
RONALD M. WHYTE
United States District Judge

.

STIP AND ORDER