1 | VICKI H. YOUNG
Law Offices of Vicki H. Young
2 | 706 Cowper Street, Suite 202
Palo Alto, California 94301
3 | Telephone (415) 421-4347

4 | Counsel for Defendant Donovan Kargenian

5

6 | IN THE UNITED STATES DISTRICT COURT

7 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
*E-FILED - 10/4/06*
9

10 | UNITED STATES OF AMERICA,      )   No. CR 06-00054 RMW
                                   )
11 |         Plaintiff,             )   STIPULATION TO CONTINUE
                                   )   SENTENCING DATE;
12 |     vs.                        )   [] ORDER
                                   )
13 | DONOVAN KARGENIAN,             )
                                   )
14 |         Defendant.             )
                                   )
15

16     It is hereby stipulated between the United States of America, by and through Assistant

17 United States Attorney Mark Krotoski, and defendant Donovan Kargenian, by and through his

18 defense counsel, Vicki H. Young, that the sentencing date of October 10, 2006 be continued to

19 November 13, 2006, at 9:00 a.m.

20     This continuance is necessary because the defense counsel needs additional time to prepare

21 objections to the draft presentence report and to prepare sentencing memorandum.

22     Probation Officer Lynne Richards has been advised of this continuance and has no objection.

23

24

25

26     It is so stipulated.

STIP AND [] ORDER
- 1 -

1 | Dated: September 26, 2006 | Respectfully submitted,

        /s/   Vicki H. Young
        VICKI H. YOUNG
        Attorney for Donovan Kargenian

Dated: September 26, 2006 | KEVIN V. RYAN
United States Attorney

        /s/   Mark Krotoski
        MARK KROTOSKI
        Assistant United States Attorney

## [] ORDER

GOOD CAUSE BEING SHOWN, the sentencing date of October 10, 2006, at 9:00 a.m. is continued to November 13, 2006, at 9:00 a.m.

IT IS SO ORDERED.

DATED:   10/4/06

        /S/ RONALD M. WHYTE
        RONALD M. WHYTE
        United States District Judge

.

STIP AND [] ORDER

- 2 -