VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 202
Palo Alto, California 94301
Telephone (415) 421-4347

Counsel for Defendant Donovan Kargenian

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 11/9/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00054 RMW |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING DATE; |
| vs. ) | [] ORDER |
| DONOVAN KARGENIAN, ) | |
| Defendant. ) | |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorney Mark Krotoski, and defendant Donovan Kargenian, by and through his defense counsel, Vicki H. Young, that the sentencing date of November 13, 2006 be continued to February 5, 2007, at 9:00 a.m.

This continuance is necessary because the defense counsel needs to prepare sentencing memorandum. The parties stipulate that the ends of justice are served by continuing this case to February 5, 2007.

Probation Officer Lynne Richards has been advised of this continuance and has no objection.

STIP AND [] ORDER
- 1 -

It is so stipulated.

Dated: November 4, 2006          Respectfully submitted,

   /s/   Vicki H. Young
VICKI H. YOUNG
Attorney for Donovan Kargenian

Dated: November 4, 2006          KEVIN V. RYAN
United States Attorney


   /s/   Mark Krotoski
MARK KROTOSKI
Assistant United States Attorney


## [] ORDER

GOOD CAUSE BEING SHOWN, the sentencing date of November 13, 2006, at 9:00 a.m. is continued to February 5, 2007, at 9:00 a.m.

IT IS SO ORDERED.

DATED:  11/9/06                   /s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge
.

STIP AND []  ORDER

- 2 -